**No. 40068.**—Protest 958502–G of W. F. Mackay (Pembina).

Opinion by EVANS, J. It was stipulated that the collector failed to designate any packages to be opened, examined, and appraised, and that the appraiser did

not open and examine at least one out of every ten packages. On the authority of *International Clearance Co.* v. *United States* (T. D. 48544) the protest was sustained.